```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

        UNITED STATES OF AMERICA

                        Plaintiff(s)

            -vs-                                04-Cr-6017

        MAURICE CHATMAN
                        Defendant(s)

_____
```

The above case is transferred from Hon. Michael A. Telesca to Hon. David G. Larimer.

SO ORDERED.

```
                                   S/ MICHAEL A. TELESCA
                                MICHAEL A. TELESCA
                                United States District Judge
```

Dated:  Rochester, New York
        January 12, 2007